IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MARCUS TUCKER,<br>    Plaintiff, | Civil Action No. 7:13-cv-00507 |
| v. | **ORDER** |
| VADOC, et al.,<br>    Defendants. | By:  Hon. Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Plaintiff with form AO-241, Petition for a Writ of Habeas Corpus By a Person in State Custody.

ENTER: This 20th day of November, 2013.

/s/ Jackson L. Kiser
Senior United States District Judge